**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| RICHARD GERALD ORR,<br><br>               Plaintiff,<br><br>  v.<br><br>GARRY E. LUCAS, JACKIE BATTIES, MICHAEL ANDERSON, and JACK HUFF,<br><br>               Defendants. | NO. C10-5648 RBL/KLS<br><br>ORDER DENYING REQUEST FOR EXTENSION TO CORRECT DEFICIENCIES AS MOOT |

Before the court is Plaintiff's motion for an extension of time to correct deficiencies in his application to proceed *in forma pauperis* and to provide service copies of his complaint. Dkt. 7. However, the court has received Plaintiff's completed IFP application, granted the application, and directed service of Plaintiff's complaint. Dkts. 4 and 6.

Accordingly, it is **ORDERED:**

1) Plaintiff's motion for an extension of time (Dkt. 7) is **DENIED as moot**;

2) The Clerk of the Court is directed to send copies of this Order to Plaintiff.

DATED this   12th   day of October, 2010.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 1