**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| RICHARD GERALD ORR,<br><br>                Plaintiff,<br><br>  v.<br><br>GARY E. LUCAS, JACKIE BATTIES, MICHAEL ANDERSON, and JACK HUFF,<br><br>                Defendants. | NO. C10-5648 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT |

Before the court is Plaintiff's motion for an extension of time to respond to Defendants' Motion for More Definite Statement. ECF No. 19. Having considered the motion and Defendants' opposition, the court finds that the motion should be granted.

**DISCUSSION**

On October 28, 2010, Defendants filed a Motion for More Definite Statement. ECF No. 16. On November 3, 2010, the court ordered Plaintiff to notify the court and opposing parties of his current address and struck the noting date of Defendants' motion. ECF No. 17. The court stated that Defendants would re-note their motion after Plaintiff provided his current address. *Id.* On November 10, 2010, Plaintiff filed his motion requesting a ninety day

ORDER - 1

1  extension of time within which to respond to Defendants' motion. ECF No. 19. Defendants
2  filed a Motion for More Definite Statement on November 23, 2010. The motion is currently
3  noted for December 17, 2010. ECF No. 21.

4     Plaintiff states that he requires the ninety day extension in part because his legal work
5  was taken from him and that he cannot obtain it until he is released from the Linn County Jail
6
7  in Albany, Oregon. *Id.*   Defendants oppose a ninety day extension but are not opposed to a
8  thirty day extension. ECF No. 22.

9     Upon review of Plaintiff's motion, Defendants' opposition, and balance of the record,
10 the court finds that Plaintiff's requested extension is reasonable.

11 Accordingly, it is **ORDERED:**

12
13 (1) Plaintiff's motion for an extension (ECF No. 19) is **GRANTED**; Plaintiff shall
14 file his response to Defendants' motion for more definite statement **on or before March 7,**
15 **2011.**

16 (2) Plaintiff shall immediately notify the Court of any change in his address.

17 (3) The Clerk shall **re-note** Defendants' motion for more definite statement (ECF
18 No. 21) for **March 11, 2011,** shall send copies of this Order to Plaintiff and counsel for
19 Defendants, and shall send a copy of the complaint (ECF No. 5) to Plaintiff.
20
21 DATED this   2nd   day of December, 2010.
22
23                             Karen L. Strombom
24                             United States Magistrate Judge
25
26

ORDER - 2