UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD GERALD ORR,

        Plaintiff,

 v.

GARY E. LUCAS, JACKIE BATTIES, MICHAEL ANDERSON, and JACK HUFF,

        Defendants.

NO. C10-5648 RBL/KLS

ORDER DENYING MOTION FOR A NINETY DAY STAY

Before the court is Plaintiff's motion for a ninety day stay.  ECF No. 25.  On November 10, 2010, Plaintiff filed a motion for a ninety day extension of time to respond to Defendants' Motion for More Definite Statement.  ECF No. 19.  That motion was granted.  ECF No. 23.  Accordingly, Plaintiff's second motion is moot.

It is, therefore, **ORDERED:**

(1)    Plaintiff's motion for a ninety day stay (ECF No. 25) is **DENIED**.

(2)    The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  6th  day of December, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1