# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD GERALD ORR,<br><br>                    Plaintiff,<br><br>   v.<br><br>GARY E. LUCAS, et al.,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-5548RBL/KLS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)((1) of the Federal Rules of Civil Procedure.
…

Dated this 28 day of February, 2011.

                                                William M. McCool
                                                Clerk

                                                s/Caroline Gonzalez
                                                Deputy Clerk